

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-87,865-02

### EX PARTE JOSE RAMON CRUZ, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. W1224443-Q(B) IN THE 204TH DISTRICT COURT
### FROM DALLAS COUNTY

*Per curiam*.

### O R D E R

Applicant was convicted of murder and sentenced to thirty-eight years' imprisonment. The Court of Appeals affirmed his conviction. *Cruz v. State*, No. 05-14-00085-CR (Tex. App.— Dallas July 7, 2015, no pet.). Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* Tex. Code Crim. Proc. art. 11.07.

Applicant's claim for pre-sentence jail time credit is dismissed. *See Ex parte Florence*, 319 S.W.3d 695 (Tex. Crim. App. 2010); *Ex Parte Ybarra*, 149 S.W.3d 147 (Tex. Crim. App. 2004).

Based on this Court's independent review of the entire record, all other claims are denied.

Filed: April 29, 2020
Do not publish